# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                                              CASE NO. 14 B 06120
                                                    CHAPTER 13

Maurice Smith
Tausha Smith                                        JUDGE CAROL A DOYLE

        DEBTORS                             **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** <u>PNC MORTGAGE</u>

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 20 | 10 | XXXXXX6756 | $2,402.87 | $2,402.87 | $2,402.87 |
| Total Amount Paid by Trustee | | | | | $2,402.87 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 14-06120-CAD

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 4th day of August, 2017.


Debtor:                                             Attorney:
Maurice Smith                                THE SEMRAD LAW FIRM LLC
Tausha Smith                                  20 S CLARK ST 28TH FLR
3627 Tamarind Lane                      CHICAGO, IL  60603
Hazel crest, IL  60439                    via Clerk's ECF noticing procedures


Creditor:
PNC MORTGAGE
3232 NEWMARK DR
MIAMISBURG, OH  45342


ELECTRONIC SERVICE - United States Trustee


Date:  August 04, 2017                              /s/ TOM VAUGHN
                                                    _____
                                                    TOM VAUGHN
                                                    CHAPTER 13 TRUSTEE
                                                    55 E. MONROE STREET, SUITE 3850
                                                    CHICAGO, IL  60603